IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL ACTION NO. 19-218-2 |
| : | |
| ALEXANDER M. MALAVE : | |

## **ORDER**

**AND NOW**, this 18th day of March, 2022, after considering (1) the defendant's first motion to suppress physical evidence (Doc. No. 297), (2) the government's response in opposition thereto (Doc. No. 309), (3) the defendant's second motion to suppress physical evidence (Doc. No. 323), and (4) the government's response in opposition to the second motion to suppress (Doc. No. 324); and after holding a hearing on both motions on January 31, 2022, at the conclusion of which the court allowed the parties to file any supplemental briefing; and neither party having filed any supplemental briefing; accordingly, and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** as follows:

1. The defendant's first motion to suppress physical evidence (Doc. No. 297) is **DENIED**; and

2. The defendant's second motion to suppress physical evidence (Doc. No. 323) is **DENIED**.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.